# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HENRY OSEGUERA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; SPECIALIZED LOAN SERVICING, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.:   3:16-cv-05706-HSG<br>Date Action Filed:   October 6, 2016<br><br>*Assigned for all purposes to*:<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 10, 19th Floor<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES**<br><br>Trial Date:           None set. |

**ORDER**

Having reviewed the stipulation between the parties, and good cause having been shown, the Court hereby GRANTS the parties' request to continue the Case Management Conference.

IT IS HEREBY ORDERED that the Case Management Conference is continued to April 20, 2017, at 2:00 p.m., in the above-captioned Courtroom, with all corresponding deadlines continued accordingly.

DATED:  December 21, 2016

Hon. Haywood S. Gilliam, Jr.