Timothy M. Ryan, Bar No. 178059
Tadeusz McMahon, Bar No. 304699
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HENRY OSEGUERA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; SPECIALIZED LOAN SERVICING, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-05706-HSG<br>Date Action Filed:   October 6, 2016<br><br>*Assigned for all purposes to*:<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 10, 19th Floor<br><br>**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:   January 3, 2017<br>Time:   2:00 p.m.<br>Ctrm.:   10<br><br>Trial Date:       None set. |

1

~~Proposed~~ Order

1  Upon consideration of Defendant Specialized Loan Servicing, LLC's request to
2  appear telephonically at the Case Management Conference scheduled for January 3,
3  2017, at 2:00 p.m. in Courtroom 10, and for good cause shown, it is hereby ORDERED:
4  Defendant's request to appear by telephone in granted.  Counsel shall contact
5  CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

6
7  DATED:  December 29, 2016          By: *[signature]*
8  Hon. Haywood S. Gilliam, Jr.