Timothy M. Ryan, Bar No. 178059
Tadeusz McMahon, Bar No. 304699
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HENRY OSEGUERA,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; SPECIALIZED LOAN SERVICING, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.:  3:16-cv-05706-HSG<br>Date Action Filed:   October 6, 2016<br><br>*Assigned for all purposes to*:<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 10, 19th Floor<br><br>**ORDER DENYING APPLICATION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS**<br><br>Date:    January 12, 2017<br>Time:   2:00 p.m.<br>Ctrm.:   10<br><br>Trial Date:              None set. |

~~Proposed~~ Order

1  Upon consideration of Defendant Specialized Loan Servicing, LLC's request to
2  appear telephonically at the Motion to Dismiss scheduled for January 12, 2017, at 2:00
3  p.m. in Courtroom 10, and for good cause shown, it is hereby ORDERED:
4  Defendant's request to appear by telephone in **DENIED**.

7  DATED: January 3, 2017                          By: *[signature]*
8                                                  Hon. Haywood S. Gilliam, Jr.